UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 0 2 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 2 7 2001

Michael N. Milby, Clerk

| | |
|---|---|
| REGISTRAL.COM, LLC, <br><br> Plaintiff <br><br> v. <br><br> FISHER CONTROLS INTERNATIONAL, INC., and THE NATIONAL ARBITRATION FORUM, <br><br> Defendants. | Civ. Action No. H-01-1423 <br><br> Hon. Ewing Werlein, Jr. <br><br> JURY TRIAL DEMANDED |
| FISHER CONTROLS INTERNATIONAL, INC., <br><br> Counterclaim and Third-Party Plaintiff, <br><br> v. <br><br> REGISTRAL.COM, LLC, <br><br> Counterclaim Defendant, <br><br> And <br><br> COMMBINE.COM, LLC, and SAHAR SARID, <br><br> Third-Party Defendants | |

**Consent Judgement and Joint Dismissal of Civ. Action No. H-01-1423**

Plaintiff and Counterclaim Defendant REGISTRAL.COM, LLC, Third-Party Defendants COMMBINE.COM, LLC, and SAHAR SARID (collectively "Registral-Related Parties"), and Defendant, Counterclaim and Third-Party Plaintiff, FISHER CONTROLS INTERNATIONAL, INC. ("Fisher"), having agreed to a settlement of the issues involved in this action and to the entry of this judgment finally disposing of this action, it is hereby adjudged and ordered that:

1. The Court has jurisdiction over the parties and the subject matter.

35

2. The parties have entered into a Settlement Agreement governing the rights of the parties to the domain names <Fisher.com> and <McAughan.Com>.

3. The Registral-Related Parties recognize Fisher's "Fisher" trademarks and exclusive rights in <Fisher.com>. The Registral-Related Parties further acknowledge that they have no rights whatsoever in any of the foregoing.

4. The preliminary injunction bond furnished by Fisher shall be released to Fisher.

5. All actual and potential claims and counterclaims of each of the Registral-Related Parties are dismissed with prejudice.

6. All actual and potential claims and counterclaims of Fisher are dismissed without prejudice.

_____
For Fisher Controls:

Thomas L Casagrande
Robert J. McAughan, Jr.
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057-2198

_____
For Registral.com, LLC,
Commbinc.com, LLC, and Mr. Sahar Sarid:

Howard M. Neu, Esq.
Law Office of Howard Neu, P.A.
1152 North University Drive
Pembroke Pines, FL 33024

Entered this 1st day of Oct, 2001.

_____
Hon. Ewing Werlein, Jr.
UNITED STATES DISTRICT JUDGE

Michael V. Clifford
9-18-01

MICHAEL V. CLIFFORD
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-24-2002

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of CONSENT JUDGEMENT AND JOINT DISMISSAL OF CIV.ACTION NO. H-01-1423 was served on counsel of record on this Thursday, September 27, 2001 addressed as follows:

### *By First-Class Mail and Fax to:*

John E.S. "Jes" Kramar, Esq.
John E.S. "Jes" Kramar, P.C.
12000 Westheimer, Suite 206
HOUSTON, TX  77077
  Phone  (281) 497-7695
  Fax     (281) 497-7697

Howard M. Neu, Esq.
Law Office of Howard Neu, P.A.
1152 North University Drive
PEMBROKE PINES, FL  33024
  Phone  (954) 431-3990
  Fax     (954) 431-5113

*[signature: Mark Dunglinson]*

H 454510(9QP@01! DOC)